# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 1, 2021

Bridget M. McCormack,
Chief Justice

163058(55)

Brian K. Zahra
David F. Viviano
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh
Elizabeth M. Welch,
Justices

VICKI SWANZY, Personal Representative
of the ESTATE OF JOHN SWANZY,
      Plaintiff-Appellee,

v

EDWARD J. KRYSHAK, M.D.,
      Defendant,
and

SPECTRUM HEALTH PRIMARY CARE
PARTNERS, doing business as SPECTRUM
HEALTH MEDICAL GROUP,
      Defendant-Appellant.
_____/

SC: 163058
COA: 351649
Kent CC: 18-008023-NH

On order of the Chief Justice, the joint motion of the Michigan Health and Hospital Association, Michigan Osteopathic Association, and Michigan State Medical Society to file a brief amicus curiae is GRANTED. The amicus brief submitted on August 30, 2021, is accepted for filing.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 1, 2021



Clerk